IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BMG MUSIC**, a New York general partnership; **ATLANTIC RECORDING CORPORATION**, a Delaware corporation; **ARISTA RECORDS LLC**, a Delaware limited liability company; **CAPITOL RECORDS, INC.**, a Delaware corporation; **ELEKTRA ENTERTAINMENT GROUP INC.**, a Delaware corporation; **INTERSCOPE RECORDS**, a California general partnership; **MOTOWN RECORD COMPANY, L.P.**, a California limited partnership; **PRIORITY RECORDS LLC**, a Delaware limited liability company; **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership; **UMG RECORDINGS, INC.**, a Delaware corporation; **WARNER BROS. RECORDS INC.**, a Delaware corporation; and **ZOMBA RECORDING LLC**, a Delaware limited liability company, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | 4:08CV3088 |
| vs. | ) ) | ORDER TO SHOW CAUSE |
| **DOES 1-6,** | ) ) | |
| **Defendants.** | ) | |

Several of the plaintiffs are corporations. The Clerk of the Court served notice on plaintiffs' counsel on May 1, 2008 (Filing 3). The Notice states:

> TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiffs Interscope Records, Motown Record, Priority Records, Sony BMG Music Entertainment, UMG Recordings, BMG Music, Warner Bros. Records, Zomba Recording, Atlantic Recording, Arista Records, Capitol Records, Elektra Entertainment Group. Pursuant to Fed. R. Civ. P. 7.1, non-governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(PCV, ) (Entered: 05/01/2008)

Fed. R. Civ. P. 7.1 requires that the party must file its statement "with its first appearance, pleading, petition, motion, response, or other request addressed to the court[,]" which, in this case, was April 30, 2008.  The records of the court show that the notice was electronically mailed to plaintiffs' attorney, David V. Clark, at four (4) separate addresses and was not returned undelivered.

**IT IS ORDERED** that the corporate plaintiffs. shall electronically file their corporate disclosure statements in compliance with Fed. R. Civ. P. 7.1 no later than **July 3, 2008** or show cause why sanctions should not be imposed for failure to do so.

**DATED June 20, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**